

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. |
| | § | |
| BYRON DALE JOHNSON (1) | § | 2-09CR-055-J |
| KELLY MARIE JELLISON (2) | § | |

## INDICTMENT

The Grand Jury Charges:

### Count One
Laundering of Monetary Instruments and Aiding and Abetting
(18 U.S.C. §§ 1956(a)(1)(A)(i), 1961(1) and 2)

On or about September 21, 2005, in the Amarillo Division of the Northern District of Texas, and elsewhere, the defendants **Byron Dale Johnson** and **Kelly Marie Jellison**, did knowingly and willfully conduct a financial transaction affecting interstate and foreign commerce, to wit, the transfer of a check numbered 3041 in the amount of $10,000 drawn on a Bank of America account titled "B.J. Enterprise" to Post Oak Motor Cars Ltd., to secure the purchase of a 2007 Flying Spur Bentley automobile, which involved the proceeds of specified unlawful activity, that is, Coercion and Enticement, in violation of 18 U.S.C. § 2422(a), and Racketeering Activity as defined in 18 U.S.C. § 1961(1), with the intent to promote the carrying on of specified unlawful activity, to wit: Coercion and Enticement, in violation of 18 U.S.C. § 2422(a), and Racketeering

Activity as defined in 18 U.S.C. § 1961(1), and that while conducting and attempting to conduct the financial transaction, **Byron Dale Johnson** and **Kellie Marie Jellison**, knew that the money involved in the financial transactions represented the proceeds of some form of unlawful activity.

All in violation of 18 U.S.C. §§ 1956(a)(1)(A)(i), 1961(1) and 2.

Count Two
Laundering of Monetary Instruments and Aiding and Abetting
(18 U.S.C. §§ 1956(a)(1)(A)(i), 1961(1) and 2)

From on or about March 1, 2005, to on or about May 7, 2007, in the Amarillo Division of the Northern District of Texas, and elsewhere, the defendants **Byron Dale Johnson** and **Kelly Marie Jellison**, did knowingly and willfully conduct financial transactions affecting interstate and foreign commerce, to wit, the transfer of monies from an account numbered 4780723632 belonging to **Byron Dale Johnson** and **Kelly Marie Jellison**, at Bank of America to Countrywide Home Loans and HSBC, for the purpose of paying the mortgage on a home located at 2723 River Legacy Drive, Arlington, Texas, which involved the proceeds of specified unlawful activities, that is, Coercion and Enticement, in violation of 18 U.S.C. § 2422(a), and Racketeering Activity as defined in 18 U.S.C. § 1961(1), with the intent to promote the carrying on of specified unlawful activities, to wit: Coercion and Enticement, in violation of 18 U.S.C. § 2422(a), and Racketeering Activity as defined in 18 U.S.C. § 1961(1), and that while conducting and attempting to conduct the financial transactions knew that the money involved in the financial transactions, that is, funds in the amount of approximately $68,494.00 represented the proceeds of some form of unlawful activity.

All in violation of 18 U.S.C. §§ 1956(a)(1)(A)(i), 1961(1) and 2.

<u>Count Three</u>
Laundering of Monetary Instruments and Aiding and Abetting
(18 U.S.C. §§ 1956(a)(1)(A)(i), 1961(1) and 2)

From on or about September 8, 2005, to on or about October 15, 2007, in in the Amarillo Division of the Northern District of Texas, and elsewhere, the defendants **Byron Dale Johnson** and **Kelly Marie Jellison**, did knowingly and willfully conduct financial transactions affecting interstate and foreign commerce, to wit, the transfer of monies in payment of advertising to Darkside Productions Inc. a/k/a EROS, from accounts belonging to **Byron Dale Johnson** and **Kelly Marie Jellison,** at Bank of America, People's Federal Credit Union, Amarillo Texas, and American Express, which involved the proceeds of specified unlawful activities, that is, Coercion and Enticement, in violation of 18 U.S.C. § 2422(a), and Racketeering Activity as defined in 18 U.S.C. § 1961(1), with the intent to promote the carrying on of specified unlawful activities, to wit: Coercion and Enticement, in violation of 18 U.S.C. § 2422(a), and Racketeering Activity as defined in 18 U.S.C. § 1961(1), and that while conducting and attempting to conduct the financial transactions knew that the money involved in the financial transactions, that is, funds in the amount of approximately $9,766.00 represented the proceeds of some form of unlawful activity.

All in violation of 18 U.S.C. §§ 1956(a)(1)(A)(i), 1961(1) and 2.

<u>Count Four</u>
Laundering of Monetary Instruments and Aiding and Abetting
(18 U.S.C. §§ 1956(a)(1)(A)(i), 1961(1) and 2)

From on or about May 3, 2004, to on or about July 27, 2008, in the Amarillo Division of the Northern District of Texas, and elsewhere, the defendants **Byron Dale Johnson** and **Kelly Marie Jellison**, did knowingly and willfully conduct financial transactions affecting interstate and foreign commerce, to wit, the transfer of monies from merchant credit card accounts and funding company accounts into Bank of America operating accounts controlled by **Byron Dale Johnson** and **Kelly Marie Jellison**, which involved the proceeds of specified unlawful activities, that is, Coercion and Enticement, in violation of 18 U.S.C. § 2422(a), and Racketeering Activity as defined in 18 U.S.C. § 1961(1), with the intent to promote the carrying on of specified unlawful activities, to wit: Coercion and Enticement, in violation of 18 U.S.C. § 2422(a), and Racketeering Activity as defined in 18 U.S.C. § 1961(1), and that while conducting and attempting to conduct the financial transactions knew that the money involved in the financial transactions, that is, funds in the amount of approximately $878,696.19 represented the proceeds of some form of unlawful activity.

All in violation of 18 U.S.C. §§ 1956(a)(1)(A)(i), 1961(1) and 2.

<u>Count Five</u>
Conspiracy to Launder Monetary Instruments
(18 U.S.C. § 1956(h))

From on or about May 1, 2004, to on or about August 1, 2008, in the Amarillo Division of the Northern District of Texas, and elsewhere, the defendants **Byron Dale Johnson** and **Kelly Marie Jellison**, did knowingly combine, conspire, and agree with each other and with other persons known and unknown to the Grand Jury to commit offenses against the United States, in violation of Title 18, United States Code, Section 1956, to wit: to knowingly and willfully conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, to wit, the transfer of monies for the purpose of acquiring an automobile, a residence, and advertising, and the transfer of monies from merchant credit card accounts and funding company accounts to Bank of America operating accounts controlled by **Byron Dale Johnson** and **Kelly Marie Jellison**, and said financial transactions involved proceeds of specified unlawful activities, that is, Coercion and Enticement, in violation of 18 U.S.C. § 2422(a), and Racketeering Activity as defined in 18 U.S.C. § 1961(1), with the intent to promote the aforementioned specified unlawful activities, and that while conducting and attempting to conduct such financial transactions knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 1961(1).

In violation of 18 U.S.C. § 1956(h).

A TRUE BILL

*Mary E. Mjolhus*
FOREPERSON

JAMES T. JACKS
UNITED STATES ATTORNEY

*[signature]*

VICKI LAMBERSON
Assistant United States Attorney
Texas State Bar No. 10081500
500 South Taylor, Suite 300, Box 238
Amarillo, Texas 79101
Telephone:   806.324.2356
Facsimile:   806.324.2399
Email:       vicki.lamberson@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE UNITED STATES OF AMERICA

VS.

BYRON DALE JOHNSON (1)
KELLY MARIE JELLISON (2)

INDICTMENT

18 U.S.C. §§ 1956(a)(1)(A)(i), 1961(1) and 2
Laundering of Monetary Instruments,
Aiding and Abetting

18 U.S.C. § 1956(h)
Conspiracy to Launder Monetary Instruments

( 5 Counts)

A true bill rendered:

AMARILLO

Filed in open court this _15_ day of _September_, A.D. 2009.

_____ Clerk

Warrant to Issue each Defendant

_____
UNITED STATES DISTRICT JUDGE
NO PENDING CRIMINAL COMPLAINT

Indictment Cover - Page 2
M:G-V\JOHNSON.JELLISON.1956a.1956h.ICO.WPD

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No   New Defendant: ☒ Yes ☐ No
Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number: _____
Search Warrant Case Number  N/A
R 20 from District of  N/A
Magistrate Case Number  N/A

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No
   If Yes, Matter to be sealed:
   ☐ Yes ☒ No

   __ Summons  _X_ Warrant  __ In Custody

   **2-09CR-055-J**

   Defendant Name: Byron Dale Johnson (1)
   Alias Name: _____
   Address: _____

   County in which offense was committed: Potter Cnty

2. **U.S. Attorney Information**

   AUSA: Vicki Lamberson   Bar #: 10081500

3. **Interpreter**

   ☐ Yes ☒ No   If Yes, list language and/or dialect: _____

4. **Location Status**

   Arrest Date _____

   ☐ Already in Federal Custody as of _____ in _____
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 5   ☐ Petty  ☐ Misdemeanor  ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 18 USC §§1956(a)(1)(A)(i), 1961(1) and 2 | Laundering of Monetary Instruments, Aiding and Abetting | 1-4 |
   | 18 USC 1956(h) | Conspiracy to Launder Monetary Instruments | 5 |

   (May be continued on reverse)

   Date: 8-14-09   Signature of AUSA: _/s/_

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No    New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number: _____

Search Warrant Case Number ___N/A___

R 20 from District of ___N/A___

Magistrate Case Number ___N/A___

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:

   ☐ Yes ☒ No

   ___ Summons   _X_ Warrant   ___ In Custody

   **2-09CR-055-J**

   Defendant Name:  Kelly Marie Jellison (2)

   Alias Name: _____

   Address: _____

   County in which offense was committed:  Potter Cnty

2. **U.S. Attorney Information**

   AUSA  Vicki Lamberson       Bar # 10081500

3. **Interpreter**

   ☐ Yes ☒ No    If Yes, list language and/or dialect: _____

4. **Location Status**

   Arrest Date _____

   ☐ Already in Federal Custody as of _____ in _____
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: __5__   ☐ Petty   ☐ Misdemeanor   ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 18 USC §§1956(a)(1)(A)(i), 1961(1) and 2 | Laundering of Monetary Instruments, Aiding and Abetting | 1-4 |
   | 18 USC 1956(h) | Conspiracy to Launder Monetary Instruments | 5 |

   (May be continued on reverse)

Date  8-14-09      Signature of AUSA: _[signature]_